IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**United States of America**

**vs**                                    **CR NO. 2:24-cr-00366-DCN**

**Janine Keslar**                                                          -

## PLEA

The defendant, **Janine Keslar,** having withdrawn ~~his~~ her plea of Not Guilty entered

July 9, 2024, pleads guilty to **Count(s)** 1 of the **Indictment,** after

arraignment in open court.

(Signed) Defendant

Charleston, South Carolina
February 12, 2025